UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE ESTATE OF JULIUS GRAY and
JEANINE GRAY,

       Plaintiffs,

v.

FIFTH THIRD MORTGAGE-MI LLC, a
Delaware limited liability company, and
FIFTH THIRD MORTGAGE COMPANY,
an Ohio company,

       Defendants.
_____/

Case No. 11-12354

Honorable Patrick J. Duggan

## **JUDGMENT**

Jeanine Gray and the Estate of Julius Gray filed this suit, alleging that Fifth Third Mortgage-MI LLC and Fifth Third Mortgage Company improperly refused to modify a mortgage loan and violated Michigan laws while foreclosing on real property located in Northville, Michigan. On this date, the Court entered an Opinion and Order holding that Plaintiffs are not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' action is **DISMISSED WITH PREJUDICE**.

Dated: September 30, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Jack B. Wolfe, Esq.
Matthew B. Theunick, Esq.